UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| v. | : | |
| JONATHAN DEAN MICHAEL | : | Crim. No. 21-270 (JMV) |

**VERDICT FORM**

We the jury find as follows with respect to *United States v. Jonathan Michael*:

1. On Count One, charging Jonathan Michael with Tax Evasion for the tax years 2014, 2015, 2016, 2017, and 2018, we find the defendant:

    __X__                       _____
    **Guilty**                  **Not Guilty**

2. On Count Two, charging Jonathan Michael with failure to file a U.S. Individual Income Tax Return for tax year 2014, we find the defendant:

    __X__                       _____
    **Guilty**                  **Not Guilty**

3. On Count Three, charging Jonathan Michael with failure to file a U.S. Individual Income Tax Return for tax year 2015, we find the defendant:

    __X__                       _____
    **Guilty**                  **Not Guilty**

4. On Count Four, charging Jonathan Michael with failure to file a U.S. Individual Income Tax Return for tax year 2016, we find the defendant:

    __X__                       _____
    **Guilty**                  **Not Guilty**

5. On Count Five, charging Jonathan Michael with failure to file a U.S. Individual Income Tax Return for tax year 2017, we find the defendant:

__X__  
**Guilty**                     _____  
                               **Not Guilty**

6. On Count Six, charging Jonathan Michael with failure to file a U.S. Individual Income Tax Return, for tax year 2018, we find the defendant:

__X__  
**Guilty**                     _____  
                               **Not Guilty**

The foregoing constitutes the unanimous verdict of the jury.

06/06/2023  
_____  
Date

